1
2
3
4
5
6
7   UNITED STATES DISTRICT COURT FOR THE
8   WESTERN DISTRICT OF WASHINGTON
    AT SEATTLE
9
10
11  UNITED STATES OF AMERICA,           NO.   CR24-089 JHC

            Plaintiff,
12
13          v.                          INFORMATION

14  JOHN VILLESVIK,                     **(Felony)**

15          Defendant.

16      The United States Attorney charges that:

17                          **COUNT 1**

18              **(Possession of Child Pornography)**

19      Beginning not later than October 2021 and continuing until April 2022, in
20  Snohomish County, within the Western District of Washington, and elsewhere, JOHN
21  VILLESVIK knowingly possessed matter that contained any visual depiction—the
22  production of which involved the use of a minor engaging in sexually explicit conduct
23  and such visual depiction was of such conduct—that was mailed and shipped and
24  transported using any means and facility of interstate and foreign commerce and in and
25  affecting interstate and foreign commerce and that was produced using materials that had
26  been so mailed and shipped and transported by any means, including by computer, and
27

Information - 1
*United States v. Villesvik*
USAO No. 2022R00332

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

any visual depiction involved in the offense involved a prepubescent minor and a minor who had not attained 12 years of age.

All in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

**FORFEITURE ALLEGATION**

The allegations contained in Count 1 are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense charged in Count 1 of this Information, JOHN VILLESVIK shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), all property used to commit or to facilitate commission of the offense, any proceeds of the offense, and any data files consisting of or containing visual depictions within the meaning of Title 18, United States Code, Section 2253(a)(1).

//
//
//
//
//
//
//
//

Information - 2
*United States v. Villesvik*
USAO No. 2022R00332

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or,

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

DATED: May 15, 2024.

*s/ Sarah G. Vogel for*
TESSA M. GORMAN
United States Attorney


*s/ Matthew P. Hampton for*
MARCI L. ELLSWORTH
Assistant United States Attorney


*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney

Information - 3
*United States v. Villesvik*
USAO No. 2022R00332

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970